**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7828**

———————

CHARLES PATRICK MAMANUS,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; MAJOR REDMAN; LIEUTENANT
BOYERS; D. CAMPBELL, Lieutenant; ASSISTANT
WARDEN HOLLER; ASSISTANT WARDEN DAY; L. M.
SAUNDERS; L. W. HUFFMAN; SERGEANT SAMPSON; M.
PETERS; CORRECTIONAL OFFICER RIDGEWAY; OFFICER
BURDETTE; CORRECTIONAL OFFICER SNEAD,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-817-7)

———————

Submitted:  April 18, 2003          Decided:  May 6, 2003

———————

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Patrick McManus, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Patrick McManus appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action. The district court dismissed the complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) (2000). Because McManus may amend his complaint to state a viable claim, the dismissal order is not final and thus is not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument wold no aid the decisional process.

DISMISSED

2